UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES BUKVIC and TRACY BUKVIC**                               **PLAINTIFFS**

**V.**                                                  **CIVIL ACTION NO.1:06CV188 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                    **DEFENDANT**

## MEMORANDUM OPINION and ORDER

The Court has before it the motion [85] of David Haddock, an individual who is not a party to this litigation, for reconsideration of the Court's July 18, 2007, order [83] denying his motion [73] to review and set aside or modify the June 13, 2007, order of the United States Magistrate Judge denying Haddock's motion to intervene and for a protective order to prevent the production of a compact disk (CAT PL Disk).  The compact disk contains copies of documents Haddock assembled on behalf of his employer, State Farm Fire and Casualty Company (State Farm), in response to a grand jury subpoena.  Haddock apparently admits that the documents on the disk are not immune from discovery.  Haddock asserts, however, that the CAT PL Disk itself should not be subject to discovery.

I have reviewed the affidavit Haddock submitted in support of his opposition to the original motion to compel production of the CAT PL Disk.  This affidavit makes it clear that this compilation of documents was made at the request of State Farm, the defendant in this lawsuit.  Haddock has not, in my opinion, articulated any reason the compilation of these documents enjoy a broader immunity from discovery than the documents the disk contains.  Since the documents on this disk are discoverable, and since Haddock's employer to whom the documents belong has not objected to the production of the CAT PL Disk or the documents the disk contains, I see no reason the disk itself should not be produced.

Accordingly, it is

**ORDERED**

That the motion [85] of David Haddock for reconsideration of the order [83] entered in this action on July 18, 2007, is hereby **DENIED.**

**SO ORDERED** this 23rd day of July, 2007.

                                          s/ L. T. Senter, Jr.
                                          L. T. SENTER, JR.
                                          SENIOR JUDGE